IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DALE WILLIAM MARTINEAU,

    Plaintiff,

v.

PAT GARRETT, Washington County Sheriff; DEPUTY AMUNDSON, Washington County Jail Deputy,

    Defendants.

Case No. 2:17-cv-01096-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 54), and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 54) is adopted in full. The case is dismissed, Plaintiff's Motion for Partial Summary Judgment (ECF No. 49) is DENIED, and Defendants' Motion for Summary Judgment (ECF No. 41) is GRANTED.

1 –ORDER

IT IS SO ORDERED.

DATED this 14th day of May, 2019.

    s/Michael J. McShane
Michael McShane
United States District Judge